Same case below, 395 Fed. Appx. 3.

**No. 10-7941. Anthony Antha Smith, Petitioner v. Charles McClure.**

562 U.S. 1230, 131 S. Ct. 1493, 179 L. Ed. 2d 324, 2011 U.S. LEXIS 1528.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 961.

**No. 10-7944. Johnnie Lambert, Petitioner v. Tom Felker, Warden.**

562 U.S. 1230, 131 S. Ct. 1494, 179 L. Ed. 2d 324, 2011 U.S. LEXIS 1703.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7946. Howell W. Woltz, Petitioner v. Dennis Bailey, et al.**

562 U.S. 1230, 131 S. Ct. 1494, 179 L. Ed. 2d 324, 2011 U.S. LEXIS 1598,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 223.

**No. 10-7949. Leonard C. Szerlong, Petitioner v. Massachusetts.**

562 U.S. 1230, 131 S. Ct. 1494, 179 L. Ed. 2d 324, 2011 U.S. LEXIS 1647.

February 22, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 457 Mass. 858, 933 N.E.2d 633.

**No. 10-7950. Charles Slaughter, Petitioner v. Grace Rogers, Administrator, Adult Diagnostic and Treatment Center, et al.**

562 U.S. 1230, 131 S. Ct. 1494, 179 L. Ed. 2d 324, 2011 U.S. LEXIS 1541.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 408 Fed. Appx. 510.

**No. 10-7953. Johnny Luke, Petitioner v. Alabama.**

562 U.S. 1230, 131 S. Ct. 1494, 179 L. Ed. 2d 324, 2011 U.S. LEXIS 1651.

February 22, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 77 So. 3d 629.

**No. 10-7958. Michael Addison, Petitioner v. New Hampshire.**

562 U.S. 1230, 131 S. Ct. 1494, 179 L. Ed. 2d 324, 2011 U.S. LEXIS 1617.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of New Hampshire denied.

Same case below, 160 N.H. 493, 8 A.3d 53.

**No. 10-7962. Paul Timms, Petitioner v. Texas.**

562 U.S. 1230, 131 S. Ct. 1495, 179 L. Ed. 2d 324, 2011 U.S. LEXIS 1683.

February 22, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Seventh District, denied.